**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1294**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

KOURY CORPORATION,

Defendant - Appellee.

---

**No. 01-1574**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

KOURY CORPORATION,

Defendant - Appellee.

---

Appeals from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (CA-97-1028-1)

---

Submitted:  July 24, 2001          Decided:  August 8, 2001

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Arthur O. Armstrong, Appellant Pro Se.  Jonathan A. Berkelhammer, Laura Deddish Burton, SMITH, HELMS, MULLISS & MOORE, L.L.P., Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Arthur O. Armstrong appeals district court orders amending an injunction and denying his motion for leave to proceed on appeal in forma pauperis.  We have reviewed the record and the district court orders and find no reversible error.  Accordingly, we deny the motions for leave to proceed in forma pauperis and for summary judgment and dismiss the appeals as frivolous.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED